[No. 4654–II.   Division Two.   September 28, 1981.]

ARTHUR D. SMITH, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 59509, Carol A. Fuller, J., entered
February 14, 1980. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Pearson, J.

[No. 3775–4–III.   Division Three.   September 29, 1981.]

NINFA TANGUMA, *Appellant,* v. YAKIMA
COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 57416, Blaine Hopp, Jr., J., entered
December 7, 1979. *Affirmed* by unpublished opinion per
McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 4479–II.   Division Two.   September 30, 1981.]

FRANK WILLIAM BAIDEN, *Appellant,* v. MISSION
INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 272428, James P. Healy, J., entered December
7, 1979. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Reed, C.J., and Johnson, J. Pro Tem.

[No. 3822–0–III.   Division Three.   October 1, 1981.]

*In the Matter of the Marriage of* BRADLEY J.
BOTTA, *Respondent, and* ANN A. BOTTA,
*Appellant.*

Appeal from a judgment of the Superior Court for
Kittitas County, No. 21905, Howard Hettinger, J., entered
February 14, 1980. *Affirmed* by unpublished opinion per
McInturff, C.J., concurred in by Munson and Roe, JJ.